UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| THEODORE BLACK, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.: |
| | ) | |
| DAVID NEWTON, | ) | REMOVED FROM JACKSON COUNTY |
| | ) | CASE NO: 2316-CV05578 |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF REMOVAL

TO:    Andrew Schendel
       Castle Law Offices of Kansas City, P.C.
       811 Grand Blvd, Suite 101
       Kansas City, MO 64106
       aschendel@castlelaw-kc.com

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Andrew Newton, by and through his counsel of record, hereby removes to the United States District Court for the Western District of Missouri the action styled, *Theodore Black, et al., v David Newton*, Case No.: 2316-CV05578 currently pending in the Circuit Court of Jackson County of Kansas City, Missouri, Sixteenth Judicial District, State of Missouri. As grounds for removal under diversity of citizenship, as well as supplemental jurisdiction, 28 U.S.C. §§ 1332 and 1365, Defendant respectfully states as follows:

1

1.      This removed case is a civil action filed on or February 14, 2023, *Theodore Black, et al., v David Newton*, Case No.: 2316-CV05578, currently pending in the Circuit Court of Jackson County of Kansas City, Missouri, Sixteenth Judicial District, State of Missouri.

2.      Plaintiffs' Petition in the removed case consists of allegations involving personal injury, all of which involve claims of negligence and negligence per se. All Plaintiffs are represented by the same attorney.

3.      The facts of this case involve an automobile accident, where all the Plaintiffs were in one vehicle, and the Defendant was driving the other vehicle involved in the collision.

4.      As required by 28 U.S.C. § 1446(a), Exhibit A is the Petition and copy of the state court file for the removed case, including a copy of all process, pleadings, orders, and other documents on file in the State Court.

5.      Defendant David Newton received service of process on March 21, 2023. This Notice of Removal is filed within thirty (30) days of March 21, 2023, and therefore, is timely under 28 U.S.C. § 1446(b).

6.      Venue of removal is proper under 28 U.S.C. § 1446(a) because this Court is the United States District Court for the district and division corresponding to the place where the State Court action was pending.

7.      This is a civil action under the Court's original jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship) and is one that may be removed to this Court under 28 U.S.C. § 1441 and 1446.

8.      Plaintiff's Theodore Block, Kiara Weathers, C. S. (1), and C.S. (2), upon information and belief, are residents of Missouri.[1]

---

[1] C.S. (1) and C.S (2) are minors, and have the same initials. Their names are redacted in Exhibit A.

9.      Plaintiff R. H.[2], and her Next Friend, Adrienne Wynn, upon information and belief, are residents of California.

10.     Defendant David Newton is a resident of Kansas, and therefore, the parties have complete diversity.

11.     Based upon knowledge and belief, Theodore Black's claim exceeds $75,000, excluding interests and costs. He alleges that his medical bills are $35,762.23, as well as noneconomic damages which include pain, suffering, and enjoyment of life, which is evidence to show that his claimed damages could exceed the $75,000 minimum amount in controversy requirement.

12.     As to the other Plaintiffs, although it is not clear if their claims will exceed the $75,000 threshold, this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367, as all their claims are directly related Theodore Black's claim that they are part of the same case or controversy, in that they all arose from the same accident.

13.     Alternatively, this Court has jurisdiction over all their claims as well, as they are all asserting personal injury claims for economic and non-economic damages, which could exceed the $75,000 minimum amount in controversy requirement.

14.     Pursuant to 28 U.S.C. 1446 (d), written notice of removal of this action has been provided to Plaintiff's counsel and a Notice to the Circuit Clerk of Jackson County of Kansas City, State of Missouri, will be filed in the Circuit Court of Jackson County of Kansas City, Missouri.

---

[2] R.H. is a minor, whose name is redacted in Exhibit A.

WHEREFORE, Defendant prays that an Order be entered herein causing the aforesaid Case No.: 2316-CV05578, of the Circuit Court of Jackson County of Kansas City, State of Missouri, be removed to this Court for further proceedings, and that this Court take jurisdiction herein and make further Orders as may be necessary and proper.

LAW OFFICES OF CHRISTINA M. TRIBBIA

/s/ Chapman W. Williams
Chapman W. Williams, MO Bar #70544
Mailing Address
P.O. Box 258829
Oklahoma City OK  73125-8829
Telephone: (816) 421-5445
Email: chapman.williams@farmersinsurance.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by the Court's electronic filing system, this 20th day of April, 2023 on the counsel of record listed below:

Andrew Schendel
CASTLE LAW OFFICE - KC
aschendel@castlelaw-kc.com
811 Grand Boulevard, Suite 101
Kansas City, MO  64106
ATTORNEY FOR PLAINTIFFS

/s/ Chapman W. Williams
Chapman W. Williams
ATTORNEY FOR DEFENDANT

4