IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Adrienne Wynn, et. al. )
)
   Plaintiffs, )
)
v. ) Case No. 4:23-cv-00265-HFS
)
David Newton, )
)
   Defendant. )

## ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice. (Doc. 26). The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it is therefore

**ORDERED** that the above action shall be dismissed with prejudice, with each party to bear their own fees and costs.

                                                  /s/ Howard F. Sachs
                                                  HOWARD F. SACHS
                                                  UNITED STATES DISTRICT JUDGE

Dated: November 16, 2023
Kansas City, Missouri